**Opinion issued March 10, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00907-CR

———————————

## IN RE ROBERT GLEN DAVIS, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Robert Glenn Davis, filed a petition for writ of mandamus, asking that we compel the trial court to grant his Texas Open Records Request for copies of his trial court record, including the offense report, EMS report, hospital records

of the victim, witness statements, detective investigation report, his statement, and a videotape of the victim.[1] We deny the petition.

Section 552.028 states that "a governmental body is not required to accept or comply with a request for information from . . . an individual who is imprisoned or confined in a correctional facility. . . ." TEX. GOV'T CODE § 552.028. The record indicates that relator is an inmate in the Texas Department of Criminal Justice. Accordingly, the trial court correctly refused to grant relator's request. *See Cox v. State*, 202 S.W.3d 454, 455 (Tex. App.—Amarillo 2006, no pet.).

We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Robert Glen Davis*, cause number 903461, in the 184th District Court of Harris County, Texas, the Honorable Abigail Anastasio presiding.